UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:20-cv-227-JSM-PRL

DAVID POSCHMANN,

    Plaintiff,
v.

UNIFIED ENTERPRISES, LLC

    Defendant.
_____/

### NOTICE OF FILING

    Plaintiff, by and through his undersigned counsel, pursuant to DE 33, hereby files the Affidavit of Attorney's Fees of Drew M. Levitt.

                                          s/Drew M. Levitt
                                          DREW M. LEVITT
                                          drewmlevitt@gmail.com
                                          Florida Bar No. 782246
                                          LEE D. SARKIN
                                          Lsarkin@aol.com
                                          Florida Bar No. 962848
                                          4700 N.W. Boca Raton Blvd., Suite 302
                                          Boca Raton, Florida 33431
                                          Telephone (561) 994-6922
                                          Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

    I hereby certify that on April 6, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically, Notices of Electronic Filing.

                                          s/Drew M. Levitt

2

## **SERVICE LIST**

James L. Homich, Esq.
jhomich@earthlink.net
621 E. Fifth Avenue
Mount Dora, Florida 32757
Telephone (352) 383-3031
Attorney for Defendant
Via CM/ECF

2