UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:20-cv-227-JSM-PRL

DAVID POSCHMANN,

        Plaintiff,
v.

UNIFIED ENTERPRISES, LLC

        Defendant.
_____/

**AFFIDAVIT OF ATTORNEY'S FEES**

I, DREW M. LEVITT, having been first duly sworn, deposes and states:

1.    My name is Drew M. Levitt.

2.    The facts stated in this affidavit are within my personal knowledge and are true and correct. I have reviewed the applicable time records and supporting data in preparing this affidavit.

3.    I am co-counsel for the Plaintiff, David Poschmann, in this action.

4.    I am, and have been, licensed to practice law in New York since February, 1986 and in Florida since 1988. I am licensed to practice in all United States District Courts of the State of Florida, the United States District Court for the Southern District of New York, the United States District Court for the Northern District of California, and the United States Court of Appeals for the Eleventh Circuit.

5.    I have been attorney of record and have actively participated as lead counsel in approximately 674 actions in the United States District Courts of the State of Florida, including

approximately 641 matters, representing plaintiffs and defendants, arising under Title III of the Americans With Disabilities Act.[1]

6. I have spent a total of 5.6 hours working on Plaintiff's Motion to Compel Production of Documents, for Rule 34 Inspection of Premises and for Attorneys' Fees and Sanctions Against Defendant (DE 27) as stated in the Statement for Legal Services, attached hereto as Exhibit A.

7. The hourly fee regularly charged by this office for my time is $400.00 or greater for litigation matters.

8. The fees I charge are those customarily charged in the Southern District of Florida for the same or similar services by an attorney with my experience, reputation, and ability.

9. Although, on several occasions, Plaintiff, with the undersigned and Lee D. Sarkin as his counsel, has been awarded $400.00 per hour or more for said counsel's time in ADA actions in the Southern District of Florida, Plaintiff seeks $350.00 per hour in this action.[2]

---

[1] This excludes matters handled outside of the State of Florida during my employment, from 1985 through 1988, as an attorney in the District Counsel's Office of the Internal Revenue Service, where I regularly appeared in Federal Court and handled a large caseload of litigation matters.

[2] In *Soriano v. C & N Management, Inc. et al*, Case No. 8:16-cv-1351-T-30AEP, 2017 U.S. Dist. LEXIS 76259 at *2, 2017 WL 2215674 (M.D. Fla. May 19, 2017) Judge Moody awarded plaintiff, in an ADA action, $350 per hour for plaintiff's counsel's time (a solo practitioner admitted to the Florida Bar in 1995). See also, *Bell v. Mallin, et al.*, Case No. 8:17-cv-2001-T-27AAS, 2019 U.S. Dist. LEXIS 32341 at * 2, 2019 WL 969815 (M.D. Fla. February 28, 2019) (concluding that $350 per hour is reasonable for an attorney with over twenty-five years of experience considering the prevailing market rate in Tampa for ADA litigators with comparable experience and skill).

FURTHER AFFIANT SAYETH NOT.

_____
DREW M. LEVITT

Sworn to and subscribed before me this 6th day of April, 2021 by Drew M. Levitt, who is personally known to me.

_____
NOTARY PUBLIC
LEE D. SARKIN

LEE D. SARKIN
MY COMMISSION # GG 198014
EXPIRES: July 5, 2022
Bonded Thru Notary Public Underwriters

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 5:20-cv-227-JSM-PRL

DAVID POSCHMANN,

    Plaintiff,
v.

UNIFIED ENTERPRISES, LLC

    Defendant.
_____/

## STATEMENT FOR LEGAL SERVICES

**RE: PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS, FOR RULE 34 INSPECTION OF PREMISES, AND FOR ATTORNEYS' FEES AND SANCTIONS AGAINTS DEFENDANT (DE 26)**

| | | | |
|---|---|---|---|
| DML[1] | 3/1/21 | Tel. call and voicemail for Mr. Homich to confer re no response to discovery and potential motion; draft and send email to Mr. Homich | .2 |
| DML | 3/2/21 | Tel. call and voicemail for Mr. Homich re discovery motion seeking conferral; draft and send email re discovery motion and lack of response | .2 |
| DML | 3/3/21 | Check Local Rules re current discovery motion requirements; legal research re motions to compel and entitlement to fees and sanctions | .5 |
| DML | 3/4/21 | Draft and file Plaintiff's Motion to Compel Production of Documents, For Rule 34 Inspection of Premises, and For Attorneys' Fees and Sanctions Against Defendant, including memorandum of law | 2.0 |
| DML | 3/5/21 | Draft and send email to Mr. Homich seeking conferral on discovery motion per Local Rule 3.01(g) | .1 |
| DML | 3/8/21 | Tel. call and voicemail for Mr. Homich re discovery motion per local rule | .1 |

---

[1] DML refers to Drew M. Levitt, Esq.



**EXHIBIT A**

| | | | |
|---|---|---|---|
| DML | 3/9/21 | Tel. call and voicemail for Mr. Homich re discovery motion; review email from Mr. Homich; draft and send responsive email to Mr. Homich seeking time for conferral on discovery | .4 |
| DML | 3/10/21 | Draft and send email to Mr. Homich re discovery motion per local rule; draft and file Local Rule 3.01(g)(3) supplement to motion to compel | 1.2 |
| DML | 3/22/21 | Review Court's show cause order re motion to compel | .1 |
| DML | 3/26/21 | Review Defendant's "Response to Order" | .1 |
| DML | 3/26/21 | Draft and send email to Mr. Homich re misstatement in Response to order; review Amended Response to Order | .3 |
| DML | 3/27/21 | Review Defendant's Response to Rule 34 Request; review Defendant's response to Request for Production | .2 |
| DML | 3/27/21 | Review email from J. Homich re discovery | .1 |
| DML | 4/6/21 | Review Court's Order on motion to compel | .1 |

Total Hours: <u>5.6</u>

Total Fees: $1,960.00