UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 5:20-cv-227-Oc-30PRL

DAVID POSCHMANN,

    Plaintiff,

v.

UNIFIED ENTERPRISES, LLC

    Defendant.

_____/

## PLAINTIFF'S REQUEST TO DEFENDANT PURSUANT TO RULE 34

Plaintiff, pursuant to Rule 34 of the Federal Rules of Civil Procedure, requests that Defendant respond within thirty days to the following request:

To permit the Plaintiff's expert and counsel to enter onto the following land and business to inspect, photograph and measure the property:

**LOCATION**: All spaces open to the public at the facility at issue, known as the Mount Dora Historic Inn and Cottages, including the adjoining grounds servicing the facility, located at 221 East 4th Avenue, Mount Dora, Florida, as described in paragraph 4 of Plaintiff's Complaint.

    **DATE**:    Wednesday, March 3, 2021

    **TIME**:    11:00 a.m.

s/Drew M. Levitt
DREW M. LEVITT
drewmlevitt@gmail.com
Florida Bar No. 782246
LEE D. SARKIN
Lsarkin@aol.com
Florida Bar No. 962848
4700 N.W. Boca Raton Blvd., Suite 302
Boca Raton, Florida 33431
Telephone (561) 994-6922
Attorneys for Plaintiff

**EXHIBIT A**

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2021 the forgoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically, Notices of Electronic Filing.

s/Drew M. Levitt

## SERVICE LIST

James L. Homich, Esq.
jhomich@earthlink.net
621 E. Fifth Avenue
Mount Dora, Florida 32757
Telephone (352) 383-3031
Attorney for Defendant
Via Email and U.S. Mail