UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA


DAVID POSCHMANN,
Plaintiff,

v.                                                   Case No. 5:20-cv-227

UNIFIED ENTERPRISES, INC.,
Defendant.

## RESPONSE TO PLAINTIFF'S REQUEST TO DEFENDANT PURSUANT TO RULE 43

The Defendant, Unified Enterprises, Inc., responds to the Plaintiff's

Request to Defendant pursuant to Rule 34 as follows:

The Defendant is ready, willing and able to permit inspection of the

Defendant's properties at a convenient time for the Plaintiff upon the Plaintiff

identifying the individuals who will be present for the inspection and

certification that the named individuals have been vaccinated so as to

minimize the risks to any guests or employees at the properties. Counsel for

the Defendant has been fully vaccinated and will attend the inspection along

with the Defendant's representative, James Tuttle, who has recently received

his first dose of the vaccine.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2020, I electronically filed the
foregoing document with the Clerk of the Court using CM/ECF. I also certify
that the foregoing document is being served this day on all counsel of record

**EXHIBIT** ⊂

via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ James L. Homich*
JAMES L. HOMICH
Attorney for the Defendant
jhomich@earthlink.net
621 E. Fifth Avenue
Mount Dora, Florida 32757
352.383.3031(fac. 8833)
Fla. Bar No. 898848

Case 5:20-cv-00227-JSM-PRL   Document 32   Filed 03/29/21   Page 1 of 2 PageID 134

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA


DAVID POSCHMANN,
Plaintiff,

v.                                                  Case No. 5:20-cv-227

UNIFIED ENTERPRISES, INC.,
Defendant.


## RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION

The Defendant, Unified Enterprises, Inc., responds to Plaintiff's First

Request for Production as follows:

1. City Roof Permit completed 9/13/2018 provided.

2. Plans from City Records provided.

3 - 5. No such records exist.

6. Application for Roof Permit provided.

7. Invoice for Roof provided.

8 - 9. None.

10. 2017 - 2019 Tax Returns provided.

11 - 12. None.

13. Department of Revenue Records provided.

14. 2017 - 2019 Tax Returns provided.

15 -16. None.

17. Statements to be provided upon receipt from storage.

18. None.

19 - 20. 2017 - 2019 Tax Returns provided.

21 - 27. None

28. Department of Revenue Records provided.

29. Promissory Notes Provided

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ James L. Homich
JAMES L. HOMICH
Attorney for the Defendant
jhomich@earthlink.net
621 E. Fifth Avenue
Mount Dora, Florida 32757
352.383.3031(fac. 8833)
Fla. Bar No. 898848