UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DAVID POSCHMANN,

    Plaintiff,

v.                                          Case No: 5:20-cv-227-JSM-PRL

UNIFIED ENTERPRISES, LLC,

    Defendant.

## ORDER

Before the court is Plaintiff's motion for contempt, sanctions, and attorney's fees. (Doc. 37). Previously, the court granted Plaintiff's motion to compel and for attorney's fees and noted that the plaintiff's counsel detailed the many attempts he made to contact the defendant's counsel. (Doc. 33). Now, Plaintiff claims that the defendant has not complied with the court's order to produce all requested discovery documents by April 5, 2020 and to confer regarding the inspection of the defendant's property. Plaintiff again detailed ten additional attempts to contact the defendant's counsel, by email and telephone, to confer on these discovery issues. Plaintiff claims that the defendant's counsel has not responded to any of the emails or voicemails.

Accordingly, Defendant shall respond to Plaintiff's motion on or before April 16, 2021.

**DONE** and **ORDERED** in Ocala, Florida on April 9, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties