UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:20-cv-227-JSM-PRL

DAVID POSCHMANN,

        Plaintiff,

v.

UNIFIED ENTERPRISES, LLC

        Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, by and through his undersigned counsel, hereby informs the Court that this matter has been resolved.

Dated: May 10, 2021

        s/Drew M. Levitt
        DREW M. LEVITT
        Florida Bar No. 782246
        drewmlevitt@gmail.com
        LEE D. SARKIN
        Florida Bar No. 962848
        LSarkin@aol.com
        4700 N.W. Boca Raton Boulevard, Ste. 302
        Boca Raton, Florida 33431
        Telephone (561) 994-6922
        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day on all counsel identified on the below Service List by CM/ECF.

        s/Drew M. Levitt

## SERVICE LIST

James L. Homich, Esq.
jhomich@earthlink.net
621 E. Fifth Avenue
Mount Dora, Florida 32757
Telephone (352) 383-3031
Attorney for Defendant