UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:20-cv-227-JSM-PRL

DAVID POSCHMANN,

        Plaintiff,

v.

UNIFIED ENTERPRISES, LLC

        Defendant.
_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

Dated: May 20, 2021

| | |
|---|---|
| s/Drew M. Levitt | s/James L. Homich |
| DREW M. LEVITT | JAMES L. HOMICH |
| Florida Bar No. 782246 | Florida Bar No. 898848 |
| drewmlevitt@gmail.com | jhomich@earthlink.net |
| LEE D. SARKIN | 621 E. Fifth Avenue |
| Florida Bar No. 962848 | Mount Dora, Florida 32757 |
| lsarkin@aol.com | Telephone (352) 383-3031 |
| 4700 N.W. Boca Raton Boulevard | Attorney for Defendant |
| Suite 302 | |
| Boca Raton, Florida 33431 | |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |